**Shawn YOUNG, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 89431.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Jan. 15, 2008.

Timothy Forneris, Saint Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Attorney General, Jayne T. Woods, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

1. All references to Rules are to Missouri Su-

*ORDER*

PER CURIAM.

Shawn Young appeals the judgment denying his Rule 29.15[1] motion for post-conviction relief without an evidentiary hearing. Young argues that he was denied his right to effective assistance of counsel. We find that the motion court's findings and conclusions are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).